UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PETER VARGA,                                                                              Case No.: 1:22-cv-07477-ER

              *Plaintiff,*

                                                                      **DEFAULT JUDGMENT**

     -against-

FLOWCON, INC.,

              *Defendant.*
------------------------------------------------------------------------X
FLOWCON, INC.,

              *Third-Party Plaintiff,*

     -against-

LSJ CUSTOM FINISH CARPENTRY LLC,

              *Third-Party Defendant.*
------------------------------------------------------------------------X

       The third-party action, having been commenced by Third-Party Plaintiff, FLOWCON, INC., by the filing of a Summons and Third-Party Complaint on January 24, 2023, which documents were duly served upon the Third-Party Defendant, LSJ CUSTOM FINISH CARPENTRY LLC, as follows:

       1.    On January 30, 2023, by personal delivery to Sandra Larmoros, an agent of the New Jersey Department of the Treasury authorized to accept service on behalf of the Third-Party Defendant pursuant to Fed. R. Civ. P. 4(e)(1) and 4(e)(2)(C), with proof of same duly filed with the Court on February 22, 2023;

       2.    On February 9, 2023, by personal delivery to a person of suitable age and discretion at the regular place of business of said company pursuant to Fed. R. Civ. P. 4(e)(1) and 4(e)(2)(B), with proof of same duly filed with the Court on February 22, 2023; and

3. On February 27, 2023, by personal delivery to Sue Zouky, an agent of the New York Secretary of State authorized to accept service on behalf of the Third-Party Defendant pursuant to Fed. R. Civ. P. 4(e)(1) and 4(e)(2)(C), with proof of same duly filed with the Court on March 14, 2023; and

The Third-Party Defendant, LSJ CUSTOM FINISH CARPENTRY LLC, having failed to answer or otherwise move with respect to the Third-Party Complaint, and the time for answering said Third-Party Complaint having expired, it is hereby

ORDERED, ADJUDGED, AND DECREED, that the Third-Party Plaintiff, FLOWCON, INC., have judgment as to liability on the Third-Party Complaint over against the Third-Party Defendant, LSJ CUSTOM FINISH CARPENTRY LLC; and it is further

ORDERED, ADJUDGED, AND DECREED, that the inquest to determine Third-Party Plaintiff's damages shall be deferred until the trial of the main action against FLOWCON, INC.

Dated:   New York, New York
              May 25, , 2023

Hon. Edgardo Ramos, U.S.D.J.