UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER VARGA,

                Plaintiff.

  - *against* -

FLOWCON, INC. *and* GRAND MERCI, LLC,

                Defendants.

FLOWCON, INC.,

                Third-Party Plaintiff,

  – *against* –

LSJ CUSTOM FINISH CARPENTRY LLC,

                Third-Party Defendant.

**ORDER**

22 Civ. 7477 (ER)

Ramos, D.J.:

      On January 17, 2025, the Court set the following briefing schedule for summary judgment motions: Varga's motion for summary judgment due on February 14, 2025, Defendants' responses and cross-motions due on March 14, 2025, Varga's response and reply due on April 11, 2025, and Defendants' replies due on April 18, 2025.

      Varga's motion was filed on February 14, 2025, Defendants' responses and cross-motions were filed on March 14, 2025, and Varga's response and reply was filed on April 11, 2025. Docs. 88, 92, 96, 102, and 105. On April 18, 2025, Grand Merci, LLC filed a reply, Doc. 108, however Flowcon, Inc. did not file a reply.

      Flowcon, Inc. may file a reply by July 21, 2025. If Flowcon, Inc. does not file a reply by July 21, the Court will consider its cross-motion for summary judgment to be fully briefed.

2

It is SO ORDERED.

Dated:   July 14, 2025
         New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.